

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Commanding General Rosa Adriana Pineda | **Civil Action No.** 26-cv-00040-BJC-BJW |
| **Plaintiff,** | |
| **V.** | |
| President Donald Trump | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's application to proceed in forma pauperis is GRANTED, and the Complaint is dismissed without prejudice.

**Date:**        5/4/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy